UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATTHEW J. CARDAMONE,<br><br>   Plaintiff,<br><br>   v.<br><br>ALCON LABORATORIES, INC., et al.,<br><br>   Defendants. | Case No.  15-cv-01093-BLF<br><br>**ORDER DENYING, WITHOUT PREJUDICE, APPLICATIONS FOR ADMISSION PRO HAC VICE**<br><br>[Re: ECF 4, 5] |

Before the Court are the Applications for Admission of Attorney Pro Hac Vice by Linda P. Nussbaum, ECF 4, and Peter A. Barile III, ECF 5. "An attorney who is not a member of the bar of this Court may apply to appear pro hac vice in a particular action" by submitting a written application *together with* "a true and correct copy of a certificate of good standing or other similar official document issued by the appropriate authority governing attorney admissions for the relevant bar" that is dated no more than one year prior to the date of the application for admission. Civ. L.R. 11-3(a). Ms. Nussbaum and Mr. Barile have failed to attach such a certificate to their respective applications for admission. The applications are accordingly DENIED, without prejudice, pending supplementation with the required certificates.

**IT IS SO ORDERED.**

Dated: March 10, 2015

_____
BETH LABSON FREEMAN
United States District Judge